# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC, et al., ) ) ) Plaintiff, ) ) vs. ) ) MEADOWS CONDOMINIUMS ) HOMEOWNERS ASSOCIATION, ) ) Defendant. ) ) | 3:17-CV-0700-LRH (VPC) **MINUTES OF THE COURT** March 6, 2018 |

PRESENT: THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: LISA MANN    REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Attorney for plaintiff, Donna Wittig, Esq.'s, motion for leave to appear telephonically at the case management conference (ECF No. 13) is **DENIED without prejudice**. The motion is denied because the case management report was not file pursuant to the court's order (ECF No. 9). Counsel has leave to refile the motion after the case management report has been filed.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By: /s/
Deputy Clerk