| | |
|---|---|
| 1 | MELANIE D. MORGAN ESQ.<br>Nevada Bar No. 8215 |
| 2 | DONNA M. WITTIG, ESQ.<br>Nevada Bar No. 11015 |
| 3 | AKERMAN LLP<br>1635 Village Center Circle, Suite 200 |
| 4 | Las Vegas, NV 89134<br>Telephone: (702) 634-5000 |
| 5 | Facsimile: (702) 380-8572<br>Email: melanie.morgan@akerman.com |
| 6 | donna.wittig@akerman.com |



*Attorneys for plaintiffs Nationstar Mortgage LLC and Federal Home Loan Mortgage Corporation*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC; AND FEDERAL HOME LOAN MORTGAGE CORPORATION<br><br>Plaintiffs,<br><br>vs.<br><br>MEADOWS CONDOMINIUMS HOMEOWNERS ASSOCIATION,<br><br>Defendant. | Case No.: 3:17-cv-0700-LRH-VPC<br><br>**PLAINTIFFS NATIONSTAR MORTGAGE LLC AND FEDERAL HOME LOAN MORTGAGE CORPORATION'S MOTION TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE** |

Plaintiffs Nationstar Mortgage LLC and Federal Home Loan Mortgage Corporation, by and through their undersigned attorney, requests this Honorable Court to allow its undersigned attorney, Donna M. Wittig, Esq., to appear by telephone at the Case Management Conference scheduled for March 7, 2018, at 10:00 a.m.

Donna M. Wittig, states as follows in support of this motion:

1. I am a duly licensed attorney admitted to practice in the State of Nevada. I am an associate at Akerman LLP and counsel of record for Nationstar Mortgage LLC and Federal Home Loan Mortgage Corporation in this matter. I have personal knowledge of the facts and circumstances set forth herein and could and would competently testify to these facts and circumstances in a court of law.

44285988;1

2. The Nevada office of Akerman LLP is located in Las Vegas, Nevada.

3. I respectfully request the Court allow me to appear telephonically for the telephonic case management conference, scheduled for March 7, 2018.

4. On March 7, 2018, my personal attendance is required in the Eighth Judicial District Court, Clark County, Nevada, in two cases. One is a calendar call before trial, scheduled on a firm trial date beginning April 5, 2018, at 8:30 a.m. The other matter is also a calendar call at 9:00 a.m., for trial scheduled on the court's March 12, 2018 trial stack. I will be lead trial counsel for both trials.

5. In the interest of economy, and to be able to attend hearings before both this Court and before the Eighth Judicial District Court, I respectfully request permission to appear telephonically at the case management conference.

For these reasons, the undersigned respectfully requests the Court to allow Plaintiffs' counsel to appear telephonically at the March 7, 2018, case management conference.

DATED March 6th, 2018.

**AKERMAN LLP**

/s/ *Donna M. Wittig*
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for Plaintiff Nationstar Mortgage LLC*

IT IS SO ORDERED

_____
U.S. MAGISTRATE JUDGE

DATED: March 4, 2018

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of AKERMAN LLP, and that on this 6th day of March, 2018, I caused to be served a true and correct copy of the foregoing **PLAINTIFFS NATIONSTAR MORTGAGE LLC AND FEDERAL HOME LOAN MORTGAGE CORPORATION'S MOTION TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE**, in the following manner:

(**ELECTRONIC SERVICE**) Pursuant to FRCP 5(b), the above referenced document was electronically filed on the date hereof with the Clerk of the Court for the United States District Court by using the Court's CM/ECF system and served through the Court's Notice of electronic filing system automatically generated to those parties registered on the Court's Master E-Service List as follows:

Michael J. Nunez, Esq.
Tyler N. Ure, Esq.
**MURCHISON & CUMMING, LLP**
350 S. Rampart Blvd., Ste. 320
Las Vegas, NV 89145

*Attorneys for Defendant*
*Meadows Condominiums Homeowners Association*

/s/ *Carla Llarena*
An employee of AKERMAN LLP

44285988;1