# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC; AND FEDERAL HOME LOAN MORTGAGE CORPORATION<br><br>Plaintiffs,<br><br>vs.<br><br>MEADOWS CONDOMINIUMS HOMEOWNERS ASSOCIATION,<br><br>Defendant. | Case No.: 3:17-cv-0700-LRH-CBC<br><br>**ORDER REGARDING**<br>**JOINT STATUS REPORT** |

PLEASE TAKE NOTICE that Plaintiffs Nationstar Mortgage LLC (**Nationstar**) and Federal Home Loan Mortgage Corporation (**Freddie Mac,** collectively **Plaintiffs**) and Defendant Meadows Condominiums Homeowners Association (**HOA**) submit this status report pursuant to the court's May 16, 2019 minute order (ECF No. 30).

. . .

. . .

. . .

. . .

. . .

1

The parties are still working out the details of their July 2018 settlement. The parties' dispute has narrowed to a single provision, which both parties have revised numerous times in an attempt to reach agreement. The parties still remain confident they will be able to finalize the settlement agreement without court intervention. The settlement provision the parties remain hung up on relates to warranties related to any other liens. In an effort to resolve this dispute, the HOA ordered a title report. Plaintiffs thereafter had some further settlement language revisions. The settlement agreement *appears* to be approved by counsel but waiting final client approval. With that, the parties request permission to file another status report within 30 days, if dismissal papers have not yet been filed.

DATED May 29th, 2019.

| **AKERMAN LLP** | **MURCHISON & CUMMING, LLP** |
|---|---|
| */s/ Donna M. Wittig*<br>MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>DONNA M. WITTIG, ESQ.<br>Nevada Bar No. 11015<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br><br>*Attorneys for plaintiffs Nationstar Mortgage LLC and Federal Home Loan Mortgage Corporation* | */s/ Tyler N. Ure*<br>MICHAEL J. NUNEZ, ESQ.<br>Nevada Bar No. 10703<br>TYLER N. URE, ESQ.<br>Nevada Bar No. 11730<br>350 S. Rampart Blvd., Suite 320<br>Las Vegas, Nevada 89145<br><br>*Attorneys for defendant Meadows Condominiums Homeowners Association* |

# O R D E R

The parties shall file another report with the court within 30 days of the entry of this order if dismissal papers have not been filed before that date.

IT IS SO ORDERED.

DATED this 30th day of May, 2019.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE