# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC; AND FEDERAL HOME LOAN MORTGAGE CORPORATION<br><br>Plaintiffs,<br><br>vs.<br><br>MEADOWS CONDOMINIUMS HOMEOWNERS ASSOCIATION,<br><br>Defendant. | Case No.: 3:17-cv-00700-LRH-CBC<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF MEADOWS CONDOMINIUMS HOMEOWNERS ASSOCIATION WITHOUT PREJUDICE** |

Plaintiffs Nationstar Mortgage LLC (**Nationstar**) and Federal Home Loan Mortgage Corporation (**Freddie Mac,** collectively **Plaintiffs**) and Defendant Meadows Condominiums Homeowners Association (the **HOA**), stipulate that all Plaintiffs' claims against the HOA in this litigation shall be dismissed without prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii).

…

…

…

…

…

…

…

1

Plaintiffs and the HOA also agree to a tolling of the statute of limitations for any claims that Plaintiffs have asserted or could have asserted against the HOA associated with the homeowners' association foreclosure sale that is the subject of this litigation. The statute of limitations is tolled until such time as the quitclaim deed is recorded pursuant to the settlement agreement between the parties.

Each party bears its own attorneys' fees and costs with respect to the current litigation.

Dated: July 1st, 2019.

| **AKERMAN LLP** | **MURCHISON & CUMMING, LLP** |
|---|---|
| */s/ Donna M. Wittig*<br>MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>DONNA M. WITTIG, ESQ.<br>Nevada Bar No. 11015<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br><br>*Attorneys for Plaintiffs Nationstar Mortgage LLC and Federal Home Loan Mortgage Corporation* | */s/ Tyler N. Ure*<br>MICHAEL J. NUNEZ, ESQ.<br>Nevada Bar No. 10703<br>TYLER N. URE, ESQ.<br>Nevada Bar No. 11730<br>350 South Rampart Boulevard, Suite 320<br>Las Vegas, Nevada 89145<br><br>*Attorneys for Meadows Condominiums Homeowners Association* |

**IT IS SO ORDERED.**

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

**July 8, 2019**
**DATED:**